IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BETTER KEIKI, LLC D/B/A MAIRICO and SENACO DIRECT,<br>  *Garnishor,* | § § § § | |
| v. | § § | |
| AMAZON PAYMENTS, INC. and AMAZON.COM SERVICES, LLC<br>  *Garnishee.* | § § § § | Civil Action No. _____ |

## AFFIDAVIT OF DAVID A. FETTNER
## IN SUPPORT OF WRIT OF GARNISHMENT

**BEFORE ME,** the undersigned authority, in and for said County and State, on this day personally appeared David A. Fettner, AFFIANT, known to me, and, after being duly sworn, deposed and stated as follows:

"My name is David A. Fettner. I am over twenty-one (21) years of age, of sound mind, capable of making this affidavit, fully competent to testify to the matters stated herein, and I have personal knowledge of each of the matters stated herein."

"I am the counsel for Plaintiff's in collecting the judgment rendered in Civil Action No. 4:17-CV-850; *Better Keiki, LLC d/b/a Mairico and Senaco Direct v. Mairicodirect, Kamirous, DragonB Store et. Al;* In the United States District Court for the Eastern District of Texas Sherman Division. My client is Judgment Creditor, Better Keiki, LLC d/b/a Mairico and Senaco Direct, in the above-referenced suit. A valid and subsisting judgment in this matter is unpaid. I believe AMAZON PAYMENTS, INC. and AMAZON.COM SERVICES, LLC are indebted to one or more of the Judgment Debtors, MairicoDirect, KamiroUS, DragonB, ForLovingYou, Houseware, NewChoice USA, CPI Delta, CMR.Alew, FranceChef, SunnyStoreLove, or NTTL or holds deposits or other effects for, or on behalf of one or more of the debtors.

"I don't believe that the defendants have property in Texas, net of liens subject to execution, sufficient to satisfy the judgment described in the above referenced suit."

                _____
                David A. Fettner, Affiant

**SUBSCRIBED AND SWORN TO** before me by the said Affiant, David A. Fettner, on this 12th day of May, 2021.



CARLOS GUERRA
Notary Public, State of Texas
Comm. Expires 01-13-2023
Notary ID 128492898

_____
Notary Public in and for the State of Texas

N:\Matters\Active\Better Keiki-Mairico (1907)\Pleadings\Affidavit for Writ of Garnishment after Judgment 0511 2021 200.wpd